UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | § | |
|---|---|---|
| **RANDY BAJZA,** | § | |
| | § | **Civil Action No. 7:16-cv-00143-O** |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **ENHANCED RESOURCE CENTERS,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: August 18, 2017                  BY: */s/ Amy L. Bennecoff Ginsburg*
                                             Amy L. Bennecoff Ginsburg, Esquire
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Avenue
                                             Ambler, PA 19002
                                             Phone: (215) 540-8888
                                             Facsimile: (877) 788-2864
                                             Email: aginsburg@creditlaw.com
                                             Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Yash B Dave, Esq.
Smith Gambrell & Russell LLP
50 North Laura Street
Suite 2600
Jacksonville, FL 32202
904/598-6115
Fax: 904/598-6215
Email: ydave@sgrlaw.com

Scott S Gallagher, Esq.
Smith Gambrell & Russell LLP
50 North Laura Street
Suite 2600
Jacksonville, FL 32202
904/598-6111
Fax: 904/598-6211
Email: ssgallagher@sgrlaw.com

Dated: <u>August 18, 2017</u>          BY: */s/ Amy L. Bennecoff Ginsburg*
                                        Amy L. Bennecoff Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Facsimile: (877) 788-2864
                                        Email: aginsburg@creditlaw.com
                                        Attorney for the Plaintiff