# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RANDY BAJZA, § | |
|     Plaintiff, § | |
| § | Civil Action No. 7:16-cv-00143-O |
| v. § | |
| § | |
| ENCHANCED RECOVERY § | |
| COMPANY, § | |
| § | |
|     Defendant. § | |
| § | |

## STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Yash B Dave* | */s/ Amy L. Bennecoff Ginsburg* |
| Yash B Dave, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Smith Gambrell & Russell LLP | Kimmel & Silverman, P.C. |
| 50 North Laura Street | 30 East Butler Pike |
| Suite 2600 | Ambler, PA 19002 |
| Jacksonville, FL 32202 | Phone: (215) 540-8888 |
| 904/598-6115 | Fax: (877) 788-2864 |
| Fax: 904/598-6215 | Email: aginsburg@creditlaw.com |
| Email: ydave@sgrlaw.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| | Date: September 8, 2017 |
| Date: September 8, 2017 | |

BY THE COURT:

_____

                        J.

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 8th day of September, 2017:

Yash B Dave, Esq.
Smith Gambrell & Russell LLP
50 North Laura Street
Suite 2600
Jacksonville, FL 32202
904/598-6115
Fax: 904/598-6215
Email: ydave@sgrlaw.com

Scott S Gallagher, Esq.
Smith Gambrell & Russell LLP
50 North Laura Street
Suite 2600
Jacksonville, FL 32202
904/598-6111
Fax: 904/598-6211
Email: ssgallagher@sgrlaw.com

                                              */s/ Amy L. Bennecoff Ginsburg*
                                              Amy L. Bennecoff Ginsburg, Esq.
                                              Kimmel & Silverman, P.C.
                                              30 East Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Fax: (877) 788-2864
                                              Email: aginsburg@creditlaw.com
                                              Attorney for the Plaintiff